92 F.3d 1183
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
James Richard HYDEN, Defendant-Appellant.
 No. 96-6410.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 23, 1996.
Decided Aug. 5, 1996.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Cynthia D. Kinser, Magistrate Judge. (CR-90-39-B, CA-94-597-R)
 James Richard Hyden, Appellant Pro Se.
 Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.
 W.D.Va.
 AFFIRMED.
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the magistrate judge's order denying his motion for relief under 28 U.S.C. § 2255 (1988), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1217.* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hyden, Nos. CR-90-39-B; CA-94-597-R (W.D.Va. Feb. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to the magistrate judge's jurisdiction under 28 U.S.C.A. § 636(c) (West 1993)